# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH,<br><br>          Plaintiff,<br><br>    v.<br><br>GUZMAN,<br><br>          Defendant.<br>_____ / | CASE NO. 1:12-cv-01241-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 3, 6, 9, 11, 13) |

Plaintiff, Isabel Tubach ("Plaintiff"), is a state prisoner who is currently proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint on July 20, 2012. (Doc. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.  Plaintiff's Complaint was dismissed with leave to amend for failure to state a cognizable claim for violation of her federal rights. (Doc. 12.)

Plaintiff has filed four motions for temporary restraining orders that are currently before the Court: (1) on July 20, 2012, Plaintiff filed a motion seeking a temporary restraining order against Defendant M. Guzman (Doc. 3, 1st TRO, pp. 2-3, 7); (2) on August 16, 2012, Plaintiff filed a motion requesting "a T.R.O." (Doc. 6, 2nd TRO, pg. 1); (3) on October 15, 2012, Plaintiff filed a motion requesting "a T.R.O. against Defendant M. Guzman" (Doc. 9, 3rd TRO, pg. 1); and (4) on January 9, 2013, Plaintiff filed a motion requesting "a temporary order to restraining the Defendant, C/O M. Guzman" (Doc. 11, 4th TRO, pg. 1).

On March 6, 2013, the Magistrate Judge filed a Findings and Recommendations herein which

1  was served on the parties and which contained notice that objections were to be filed within fifteen
2  days. Plaintiff did not file an objection.
3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
4  de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings
5  and Recommendations to be supported by the record and by proper analysis.
6       Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed
7  March 6, 2013, is adopted in full and Plaintiff's motions for temporary restraining orders are denied
8  without prejudice.
9  IT IS SO ORDERED.

Dated:   March 25, 2013
                                              SENIOR DISTRICT JUDGE