# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH,<br><br>            Plaintiff,<br><br>      v.<br><br>GUZMAN,<br><br>            Defendant. | CASE NO. 1:12-cv-01241-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 3, 6, 9, 11, 13) |

Plaintiff, Isabel Tubach ("Plaintiff"), is a state prisoner who is currently proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint on July 20, 2012. (Doc. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.  Plaintiff's Complaint was dismissed with leave to amend for failure to state a cognizable claim for violation of her federal rights.  (Doc. 12.)

Plaintiff has filed four motions for temporary restraining orders that are currently before the Court: (1) on July 20, 2012, Plaintiff filed a motion seeking a temporary restraining order against Defendant M. Guzman (Doc. 3, 1st TRO, pp. 2-3, 7); (2) on August 16, 2012, Plaintiff filed a motion requesting "a T.R.O." (Doc. 6, 2nd TRO, pg. 1); (3) on October 15, 2012, Plaintiff filed a motion requesting "a T.R.O. against Defendant M. Guzman" (Doc. 9, 3rd TRO, pg. 1); and (4) on January 9, 2013, Plaintiff filed a motion requesting "a temporary order to restraining the Defendant, C/O M. Guzman" (Doc. 11, 4th TRO, pg. 1).

On March 6, 2013, the Magistrate Judge filed a Findings and Recommendations herein which

was served on the parties and which contained notice that objections were to be filed within fifteen days.  Plaintiff did not file an objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations, filed March 6, 2013, is adopted in full and Plaintiff's motions for temporary restraining orders are denied without prejudice.

IT IS SO ORDERED.

Dated:   March 25, 2013

SENIOR DISTRICT JUDGE