# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH,<br><br>    Plaintiff,<br><br>    v.<br><br>M. GUZMAN, Correctional Officer,<br><br>    Defendant. | Case No. 1:12-cv-01241-AWI-SMS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AS IMPROVIDENTLY ENTERED**<br><br>**Doc. 23** |

    Plaintiff Isabel Tubach ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). On April 24, 2014, this Court entered an order to show cause why this action should not be dismissed for Plaintiff's failure to obey a Court order. The return date for the order was set for May 14, 2014.

    Plaintiff is presently pursuing multiple civil rights cases in this Court. Upon review of its docket, the Court discovered that the above-captioned case had been dismissed and closed on March 25, 2013. The order to show cause entered in this case was to have been entered in another case brought by Plaintiff.

1

Accordingly, the order to show cause entered April 24, 2014 (Doc. 23) is hereby DISCHARGED.  The Court apologizes for any inconvenience to Plaintiff caused by its error.

IT IS SO ORDERED.

Dated:   **May 7, 2014**                              **/s/ Sandra M. Snyder**
                                                              UNITED STATES MAGISTRATE JUDGE